**Order entered January 16, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00939-CR

### OSCAR VLADIMIR HERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-24510-J**

## ORDER

The reporter's record in this appeal is past due. When it was not timely filed, we notified court reporter LaToya Young-Martinez by postcard dated December 4, 2019 and directed her to file (1) the reporter's record, (2) written verification no hearings were recorded, or (3) written verification appellant had not requested the reporter's record by January 3, 2020. To date, the reporter's record has not been filed and we have had no communication from Ms. Young-Martinez.

We **ORDER** the reporter's record filed on or before **February 7, 2020**. We caution Ms. Young-Martinez that the failure to file the reporter's record by that date may result in the Court ordering she not sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; to Kimberly Xavier, official court reporter, Criminal District Court No. 3; to LaToya Young-Martinez, court reporter; and to counsel for all parties.

/s/    CORY L. CARLYLE
JUSTICE